# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2021

SEAN F. McAVOY, CLERK

U.S.A. vs.  Cherrish Irean Jensen                    Docket No.        0980 1:20-CR-02030-SMJ-4

### Petition for No Action on Conditions of Pretrial Release

COMES NOW  Linda Leavitt  PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Cherrish Irean Jensen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of November 2020, under the following conditions:

**Special Condition #11**: GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. If a GPS unit is not immediately available, the Court finds it acceptable if a GPS Monitoring unit is not installed until Monday, November 30, 2020. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the United States Marshals Service, who shall immediately find, arrest, and detain Defendant

**Special Condition #12**: Home Confinement: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Cherrish Irean Jensen is alleged being in violation of her conditions of release by deviating from her approved location monitoring schedule on February 6, 2021.

On November 30, 2020, the conditions of pretrial release supervision were reviewed and signed by Ms. Jensen. She acknowledged an understanding of her special conditions, as noted above.

On February 7, 2021, this officer reviewed Ms. Jensen's daily location monitoring activity log on the B.I. TotalAccess website. This officer approved Ms. Jensen to take her young daughters on February 6, 2021, to Top Nails in Yakima, Washington, and after the appointment, take them to the local park. Ms. Jensen was approved to be away from home from 2 p.m. to 6 p.m. This officer observed Ms. Jensen did go to Top Nails; however, she was also observed at 3070 Speyers Road in Selah, Washington, at 4 p.m., Sonic fast food restaurant in Yakima at 4:30 p.m., and 2 Hall Avenue in Yakima at 4:50 p.m. These locations were not approved by this officer. On February 8, 2021, this officer made contact with Ms. Jensen regarding the above-noted deviations. Ms. Jensen stated she did not take her daughters to the park as it was too windy. She did admit she deviated from her approved schedule and stated she thought since she was out she would be able to make additional stops, which included both of her uncle's homes. This officer reminded Ms. Jensen of the location monitoring rules and requirements and advised she cannot make additional stops that are not approved. Ms. Jensen apologized and stated this would not occur again.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

PS-8

**Re: Jensen, Cherrish Irean**
**February 10, 2021**
**Page 2**

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed _____ February 10, 2021

by     s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

2/10/2021
_____
Date