PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2021

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| Vs. ) | Case No. 1:20CR02030-SMJ-4 |
| ) | |
| Cherrish Irean Jensen ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

On November 25, 2020, Ms. Jensen appeared before the Honorable Mary K. Dimke, United States Magistrate Judge, for a detention hearing. Ms. Jensen was released onto pretrial supervision with conditions to include location monitoring with home confinement. Based on Ms. Jensen's compliance since her release, this officer respectfully requests removal of special condition number 12 and addition of special condition number 13.

**Removal and addition of the following special conditions:**

Removal of Special Condition #12 (ECF. 66): Home Confinement: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities

Addition of Special Condition #13 (ECF. 66): Curfew: Defendant shall be restricted to Defendant's approved residence every day from 9 p.m. to 7 a.m.

Ms. Jensen consents to the modification of her release conditions and agrees to abide by her remaining pretrial release conditions.

| _Approved via Telephone_ 3/4/21 | _[signature]_ | 3/1/2021 |
|---|---|---|
| Signature of Defendant    Date | United States Probation Officer | Date |
| Cherrish Irean Jensen | Linda J. Leavitt | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                   3/4/21
Signature of Defense Counsel              Date

Ulvar Wallace Klein

[X]  The above modification of conditions of release is ordered, to be effective on 3/5/2021 _____.

[ ]  The above modification of conditions of release is <u>not</u> ordered.

_m. k. Dimke_                                   3/4/2021

Signature of Judicial Officer                   Date

The Honorable Mary K. Dimke
United States Magistrate Judge