PS 42
(Rev 07/93)

**United States District Court**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2021

SEAN F. McAVOY, CLERK

**United States of America**    )
                                )
        **Vs.**                 )    Case No. 1:20CR02030-SMJ-4
                                )
**Cherrish Irean Jensen**       )

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

On November 25, 2020, Ms. Jensen appeared before the Honorable Mary K. Dimke, United States Magistrate Judge, for a detention hearing. Ms. Jensen was released onto pretrial supervision with conditions to include location monitoring with home confinement (See ECF.66).

Based on Ms. Jensen's compliance, on March 4, 2021, The Court granted modification of Ms. Jensen's location monitoring condition by removing home confinement and adding a curfew (See ECF.105).

Since March 4, 2021, Ms. Jensen has continued to maintained compliance. Therefore, this officer respectfully requests removal of special condition number 11 and special condition number 13.

The Assistant United States Attorney's office was contacted on May 25, 2021; they do not object to the modification request.

**Removal of the following special conditions:**

Removal of Special Condition #11 (ECF. 66): GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. If a GPS unit is not immediately available, the Court finds it acceptable if a GPS Monitoring unit is not installed until Monday, November 30, 2020. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office.

Removal of Special Condition #13 (ECF. 105): Curfew: Defendant shall be restricted to Defendant's approved residence every day from 9 p.m. to 7 a.m.

Ms. Jensen consents to the modification of her release conditions and agrees to abide by her remaining pretrial release conditions.

|  |  | 5/25/2021 |
|---|---|---|
| _____ | _____ | _____ |
| Signature of Defendant   Date | United States Probation Officer | Date |
| Cherrish Irean Jensen | Linda J. Leavitt | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     5/27/21
Signature of Defense Counsel        Date

Ulvar Wallace Klein

5/27/2021
[X]  The above modification of conditions of release is ordered, to be effective on _____.

[ ]  The above modification of conditions of release is not ordered.

_____     5/27/2021
Signature of Judicial Officer       Date

The Honorable Mary K. Dimke
United States Magistrate Judge